JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA MARIA BENSON,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANGEL VIEW CLEARANCE STORES,<br><br>　　　　　　　Defendant. | Case No. EDCV 21-00147-DMG-SHK<br><br>**JUDGMENT** |

Pursuant to the Order re Dismissal of Action, **IT IS HEREBY ADJUDGED** that the above-captioned action is **DISMISSED** without prejudice.

DATED: February 9, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE